1

2

3

4

5              UNITED STATES DISTRICT COURT

6              DISTRICT OF NEVADA

7                      * * *

8    LESLEY QUINONES,                )          2:10-CV-01935-PMP-LRL
                                     )
9              Plaintiffs,           )
                                     )
10   vs.                             )              **ORDER**
                                     )
11   STATE FARM FIRE AND             )
     CASUALTY INSURANCE              )
12   COMPANY,                        )
                                     )
13             Defendants.           )
                                     )

14

15         The Court having read and considered Defendant State Farm's fully briefed

16   Motion for Stay of Proceedings (Doc. #7), and having considered the arguments of

17   counsel conducted February 2, 2011, the Court finds that Defendant's Motion should

18   be granted.

19         Specifically, the dispositive issue before the Court in Ohio, to wit: the

20   interpretation of an Ohio automobile insurance contract under Ohio law, will be

21   determinative of the action before this Court.  Moreover, although the circumstances

22   and timing of the filing of the Ohio action does not compel the result, the fact

23   remains that the Ohio action was filed first and Plaintiff Quinones alleges that she is

24   a resident of Ohio.  Under the circumstances, the exercise of this Court's discretion

25   to stay this proceeding is appropriate.

26   ///

1     **IT IS THEREFORE ORDERED that** Defendant State Farm's fully

2   briefed Motion for Stay of Proceedings (Doc. #7) is **GRANTED**.

3     **IT IS FURTHER ORDERED that** State Farm Fire and Casualty

4   Insurance Company and Plaintiff Lesley Quinones shall file in this action a Joint

5   Status Report advising this Court of the status of the proceedings before the Ohio

6   Court at 180 day intervals, with the first such status report due **<u>August 1, 2011</u>**.

7

8   DATED:  February 3, 2011.

9

10   _____

11   PHILIP M. PRO
     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26